## Home Insurance Company, Appellee, v. Yellow Cab Company, Appellant.

### Gen. No. 41,729.

Heard in first division, first district, this court at June term, 1941; opinion filed November 10, 1941. Benjamin Samuels, for appellant; J. C. McKenzie, of counsel; Lawrence S. Adler, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."